IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Criminal No. 16-796(PG) |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| HAROLD ESQUILIN-MONTANEZ(2) | * | |
| Defendant | * | |
| _____ | * | |

# NOTICE OF APPEAL PURSUANT FEDERAL RULE 4(b)(1) OF APPELLATE PROCEDURE

**TO THE HONORABLE COURT:**

**COMES NOW** defendant, HAROLD ESQUILIN-MONTANEZ and respectfully STATES and NOTIFIES:

1. On December 3, 2018, 2018 was entered in the Court's docket the judgment issued by Honorable Judge Juan Pérez Giménez against HAROLD ESQUILIN-MONTANEZ.  Docket 312

2. Notice is given that Mr. HAROLD ESQUILIN-MONTANEZ, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the foregoing final judgment entered in this case at Docket 312.

In San Juan, Puerto Rico, today December 11, 2018.

1

S/Jorge L. Gerena-Méndez
_____
Jorge Luis Gerena Méndez
Bar Number: 211701
P.O. Box 363524
San Juan, P.R. 00936-3524
Phone-Fax: 787-766-0780
Cell: 787-203-2118
Email: JLGERE@GMAIL.COM

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA David Henek.

S/Jorge L. Gerena-Méndez
_____
Jorge Luis Gerena Méndez
Bar Number: 211701
P.O. Box 363524
San Juan, P.R. 00936-3524
Phone-Fax: 787-766-0780
Cell: 787-203-2118
Email: JLGERE@GMAIL.COM